IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FORT GORDON HOUSING, LLC d/b/a      *
BALFOUR BEATTY COMMUNITIES,         *
                                    *
      Plaintiff,                    *
                                    *
      v.                            *         CV 118-087
                                    *
LARRISA RANALDSON; DERRICK          *
RANALDSON; DEAUDIS DIXON; and       *
TYIANNA DIXON,                      *
                                    *
      Defendants.                   *

_____

**O R D E R**

_____

Before the Court is Plaintiff's Notice of Dismissal. (Doc. 5.) Plaintiff filed its notice prior to Defendants having served either an answer or a motion for summary judgment. Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants are **DISMISSED**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this _29th_ day of _May_, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA